IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02395-PAB
Criminal Action No. 09-cr-00193-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

YOLANDA GONZALEZ DE LA CRUZ,

    Defendant-Movant.

---

## JUDGMENT
---

    Pursuant to and in accordance with the Order Denying 28 U.S.C. § 2255 Motion entered by the Honorable Philip A. Brimmer, the following Judgment is hereby entered:

    It is ORDERED that the motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence, filed [Docket No. 20] is DENIED, and this action is dismissed with prejudice. It is further

    ORDERED that the parties shall bear their own costs and attorney's fees. It is

    ORDERED that the instant civil action is dismissed.


    Dated at Denver, Colorado this   6th   day of September, 2011.

                                  FOR THE COURT:

                                  GREGORY C. LANGHAM, CLERK


                                  By:  s/ Edward P. Butler
                                      Edward P. Butler, Deputy Clerk